FAGEN FRIEDMAN & FULFROST, LLP
Dee Anna Hassanpour, SBN 175805
dhassanpour@f3law.com
David Mishook, SBN 273555
dmishook@f3law.com
6300 Wilshire Blvd, Suite 1700
Los Angeles, California 90084
Phone: 323-330-6300
Fax: 323-330-6311

Attorneys for Defendant
STANISLAUS UNION SCHOOL DISTRICT

Jay T. Jambeck (SBN # 226018)
*jjambeck@leighlawgroup.com*
Mandy G. Leigh (SBN # 225748)
*mleigh@leighlawgroup.com*
Damien B. Troutman (SBN # 286616)
*dtroutman@leighlawgroup.com*
**LEIGH LAW GROUP, P.C.**
582 Market St., Suite 905
San Francisco, CA 94104
Office: (415) 399-9155
Fax: (415) 795-3733
Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C.D. (a minor), by and through his Guardians ad litem, MICHAEL and HOLLY DAILY,<br><br>Plaintiffs,<br><br>v.<br><br>STANISLAUS UNION SCHOOL DISTRICT; and DOES 1-30, inclusive,<br><br>Defendant. | **Case No.**: 1:22-cv-01389-SKO<br><br>**JOINT STIPULATION AND REQUEST TO VACATE PRE-TRIAL CONFERENCE; ORDER** |

STIPULATION AND PROPOSED ORDER

**1**  Plaintiffs C.D. ("C.D." or "Student"), his Parents, MICHAEL and HOLLY DAILY
**2** (collectively, "Parents"; together with C.D., "Plaintiffs"), and Defendant STANISLAUS UNION
**3** SCHOOL DISTRICT ("District"), by and through their undersigned attorneys of record, hereby
**4** STIPULATE and REQUEST that:

**5**  WHEREAS the District filed a motion for summary judgment on all claims in this matter on
**6** April 8, 2024 (ECF No. 20);

**7**  WHEREAS C.D. filed a cross-motion for summary judgment on his claim falling under the
**8** Individuals with Disabilities Education Act ("IDEA") on April 8, 2024 (ECF No. 21);

**9**  WHEREAS the Parties' cross-motions were fully briefed on April 29, 2024;

**10**  WHEREAS oral argument was initially set for the cross-motions for May 22, 2024;

**11**  WHEREAS this Court issued a minute order on May 15, 2024, vacating the oral argument
**12** and taking the Parties' cross-motions under submission (ECF No. 32);

**13**  WHEREAS the Court has not issued an order on the Parties' cross-motions; and

**14**  WHEREAS this Court, on March 10, 2023, had previously set a pretrial conference in this
**15** matter for July 17, 2024:

**16**  The Parties hereby STIPULATE and REQUEST that the pretrial conference currently
**17** scheduled for July 17, 2024, be vacated and reset to a time after this Court issues its rulings on the
**18** Parties' cross-motions for summary judgment.

Date: July 11, 2024      **LEIGH LAW GROUP, P.C.**

  */s/ Damien B. Troutman*
  DAMIEN B. TROUTMAN
  Attorney for Plaintiffs

Date: July 11, 2024      **FAGEN FRIEDMAN & FULFROST, LLP**

  */s/ David R. Mishook*
  DAVID R. MISHOOK
  Attorney for Defendant

/ / /

/ / /

/ / /

**ORDER**

Purusant to the parties' stipulation (Doc. 33), the pre-trial conference set for July 17, 2024, at 2:30 PM is hereby VACATED and will be reset to a time after this Court issues its rulings on the Parties' cross-motions for summary judgment.

IT IS SO ORDERED.

Dated:   **July 16, 2024**              /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE